# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156301(4)

BRYAN NEWLAND,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

_____/

SC: 156301
AGC: 0346-15

On order of the Chief Justice, the motion of defendant to extend the time for filing its response to the complaint for superintending control is GRANTED. The response will be accepted for filing if submitted on or before September 22, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017

Clerk